# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-01013-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JESUS ANDRES SIMENTAL-HERNANDEZ (1), BEATRIZ ADRIANA GARCIA (2), | |
| Defendants. | |

This matter comes before the Court upon the joint application of the parties to continue the motion hearing/trial setting and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161, due to pending motions.

IT IS ORDERED that the motion to continue is granted. The motion hearing shall be continued from July 15, 2022 to September 16, 2022, at 1:30 p.m.

IT IS FURTHER ORDERED that the period of delay from July 15, 2022, until September 16, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendants in a speedy trial, to allow for the pending motions and for counsel to consult with respective clients regarding resolution.

IT IS SO ORDERED.
Dated: July 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge