# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ANDRES SIMENTAL-HERNANDEZ (1),<br>BEATRIZ ADRIANA GARCIA (2),<br><br>Defendants. | Case No.: 22-CR-01013-JLS<br><br>**ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

This matter comes before the Court upon the joint application of the parties to continue the motion hearing/trial setting and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161, due to pending motions.

The Court also finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendants in a speedy trial, to allow for the Change of Plea Hearing or the pending motions to be resolved.

IT IS ORDERED that the motion to continue is granted.  The motion hearing/trial setting shall be continued from September 16, 2022 to October 7, 2022, at 1:30 p.m.

IT IS FURTHER ORDERED that the period of delay from September 16, 2022, until October 7, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:  September 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge